```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
FELIPE FERNANDEZ, on behalf of himself and all                         :
others similarly situated,                                             :
                                                                       :
                                Plaintiff,                             :        25 Civ. 3749 (JPC)
                                                                       :
                -v-                                                    :        ORDER
                                                                       :
JOE'S SPORTING GOODS – SKI SHOP, INC.,                                 :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    Defendant was served with a Summons and the Complaint on May 13, 2025, making its deadline to respond June 3, 2025.  *See* Dkt. 5.  That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant.  Accordingly, the Court *sua sponte* extends Defendant's deadline to respond to the Complaint to June 30, 2025.  If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by July 7, 2025.

    SO ORDERED.

Dated: June 17, 2025
       New York, New York

                                                    JOHN P. CRONAN
                                                    United States District Judge