

YAAKOV SAKS▲*
JUDAH STEIN▲
ELIYAHU BABAD▲▪
RAMI SALIM▲▪

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

September 15, 2025

**Via CM/ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York

RE:   *Fernandez v. Joe's Sporting Goods – Ski Shop, Inc.*
      Case No. 1:25-cv-03749-JPC

Dear Judge Cronan:

In response to the conference held on July 7, 2025, Plaintiff requests an additional two (2) weeks to file the joint letter that is currently due on September 19, 2025.

The Parties are working on completing the deposition of Plaintiff before making a determination whether or not an evidentiary hearing regarding standing remains appropriate. Plaintiff has had issues confirming and keeping a deposition date but is currently scheduled to be deposed on October 1, 2025. As such, Plaintiff requests the submission date of the joint letter be moved to October 3, 2025.

Thank you for Your Honor's considerations.

Respectfully Submitted,

/s/ Rami Salim
Rami Salim, Esq.
*Attorney for Plaintiff*

---

The parties' extension request is granted. The submission of the joint letter is now due October 3, 2025. The Clerk of Court is respectfully directed to close the motion at Docket Number 14.

SO ORDERED.
Date: September 16, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge