UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FELIPE FERNANDEZ, on behalf of himself and all
others similarly situated,

                       Plaintiff,                    25 Civ. 3749 (JPC)

        -v-                                  ORDER

JOE'S SPORTING GOODS – SKI SHOP, INC.,

                       Defendant.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The parties were scheduled to submit a joint letter to the Court on October 3, 2025. Dkt. 15. To date, no such letter has been filed on the docket. The parties shall file the letter by October 14, 2025.

      SO ORDERED.

Dated: October 8, 2025
       New York, New York

                                                    JOHN P. CRONAN
                                     United States District Judge