```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
FELIPE FERNANDEZ, on behalf of himself and all                         :
others similarly situated,                                             :
                                                                       :
                              Plaintiff,                               :     25 Civ. 3749 (JPC)
                                                                       :
        -v-                                                            :           ORDER
                                                                       :
JOE'S SPORTING GOODS – SKI SHOP, INC.,                                 :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The parties were scheduled to submit a joint letter to the Court on October 24, 2025.  Dkt. 18.  To date, no such letter has been filed on the docket.  The parties shall file the letter by October 31, 2025, and are reminded that the failure to follow this Court's orders may result in sanctions.

      SO ORDERED.

Dated: October 28, 2025
       New York, New York
                                                    JOHN P. CRONAN
                                                      United States District Judge