

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
RAMI M. SALIM▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 31, 2025

**<u>Via CM/ECF</u>**
The Honorable John P. Cronan
United States District Court
Southern District of New York

   RE: *Fernandez v. Joe's Sporting Goods – Ski Shop, Inc.*
      Case No. 1:24-cv-03749-JPC

Dear Judge Cronan:

  Pursuant to the Order entered on October 28, 2025, Plaintiff Felipe Fernandez ("Plaintiff") respectfully submit this request.

  Plaintiff requested an extension for the submission date of the joint letter on September 15, 2025 for the Defendant to conduct a deposition of the Plaintiff. After the extension was granted, the deposition date was not confirmed by the Parties and the deposition was never completed. The Parties rescheduled the deposition date to October 22, 2025 but when Plaintiff's counsel contacted Plaintiff two (2) days before, Plaintiff advised that he would not be able to attend the deposition due to personal medical issues and would need some time to recuperate. Therefore, Plaintiff requests a thirty (30) day extension of the due date for submission of a letter determining whether or not an evidentiary hearing regarding standing remains appropriate.

  Thank you for your Honor's considerations.

Respectfully Submitted,

/s/ Rami Salim
Rami Salim, Esq.
*Attorney for Plaintiff*

The parties' extension request is granted. The submission of the joint letter is now due December 3, 2025.  The parties are reminded, however, of this Court's Individual Rule 3.B, under which requests for extensions must ordinarily be made at least 48 hours before the scheduled deadline. The continued failure to follow this Rule will result in sanctions, as it is not the Court's responsibility to continuously remind the parties of the deadlines they have failed to meet. *See* Dkts. 16, 19. The Clerk of Court is respectfully directed to close Docket Number 20.

SO ORDERED.
Date: November 3, 2025
New York, New York

JOHN P. CRONAN
United States District Judge